```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02323
  FRANK JOSEPH NICOLELLA
  MARY ANN NICOLELLA                            CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-4466      SSN XXX-XX-2329
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/09/07 and confirmed on 04/13/07.

2. The case was converted to Chapter 7 after confirmation, 09/09/2008.

3. The Debtor paid a total of $ 67280.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | 35747.45 | .00 | 35747.45 |
| INDYMAC BANK | SECURED | 11216.57 | .00 | 11216.57 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 32690.46 | 2803.23 | 13383.15 |
| BECKET & LEE LLP | UNSECURED | 1757.04 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2148.77 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11704.07 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8637.50 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4047.33 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1921.89 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1881.21 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10593.67 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 467.94 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 21389.70 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 642.26 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3415.64 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2542.41 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 804.70 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5044.39 | .00 | .00 |
| VON MAUR | UNSECURED | 1007.06 | .00 | .00 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 774.56 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WELLS FARGO FINANCIAL IN | SECURED | 2000.00 | 69.94 | 581.68 |
| INDYMAC BANK | MORTGAGE ARRE | 4070.83 | .00 | 583.56 |
| INDYMAC BANK | MORTGAGE ARRE | 654.23 | .00 | 93.79 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 2357.19 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      86379.54          .00       81137.33          .00    167516.87
PRINCIPAL PAID          61606.20          .00            .00          .00     61606.20
INTEREST PAID            2873.17          .00            .00          .00      2873.17
TOTAL PAID              64479.37          .00            .00          .00     64479.37
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    3000.00   direct and $       .00   through the plan.

The Trustee received $    2800.63 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/17/08                    /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE